IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KELLY WHISBY,

    Plaintiff,
vs.                                                    CASE NO. 5:10cv173/RS-MD

JOHN DOE, Lieutenant of
Marianna Federal Prison, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Order and Report and Recommendation (Doc. 5) and Plaintiff's Motion to Reconsider The Court's Order Denying Permission To Proceed *In Forma Pauperis* (Doc. 6) which will be considered as objections. I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated in this Order.

2. This case is dismissed without prejudice to its re-filing when accompanied by the payment of the full $350.00 fling fee.

3. The clerk is directed to close the file.

**ORDERED** on August 24, 2010.

                                                /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**